UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GEORGE WEBER, as Trustee of the 12321 Adventure Drive Land Trust Dated 12/30/2011

      Plaintiff,

v.                                                              Case No: 2:21-cv-39-SPC-NPM

DEUTSCHE BANK NATIONAL TRUST COMPANY,

      Defendant.
_____/

## **ORDER**[1]

Before the Court is Defendant's Unopposed Motion for Clarification. (Doc. 53). Defendant wants the Court to clarify either its judgment (Doc. 35) or Order quashing service (Doc. 24). This is necessary, says Defendant, so this Order can be recorded in public records to reflect that a judgment is void. The Court grants the Motion and will clarify its March 1, 2021, Order—which quashed Plaintiff's purported service in state court and rendered the default judgment there void. (Doc. 24 at 10 ("Service is QUASHED and the default

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

entered against [Defendant] in state court is VACATED.")).  Given the parties' agreement, the Court will use their requested language:

> **Pursuant to the Order dated March 1, 2021, quashing service of process on Defendant, the Final Judgment After Default in the amount of $858,907.50 recorded on October 13, 2020 as Instrument #5937370 in the Official Records of [Collier] County, Florida is VOID, INVALID and of NO FORCE AND EFFECT.**

(Doc. 53 at 4).

Accordingly, it is now

**ORDERED:**

1. Defendant's Amended Unopposed Motion for Clarification of Judgment [Doc. 35] (Doc. 53) is **GRANTED** as explained above.

2. The default judgment recorded in Collier County, Florida as Instrument #5937370 is **VOID**, **INVALID**, and of **NO FORCE OR EFFECT**.

**DONE** and **ORDERED** in Fort Myers, Florida on September 9, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2